IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SVETLANA V. POPOVA,<br><br>Defendant. | PO-20-05073-GF-JTJ<br><br>VIOLATION:<br>9712049<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $65 fine and $30 processing fee for violation 9712049 (for a total of $95), and for good cause shown, IT IS ORDERED that the $95 fine paid by the defendant is accepted as a full adjudication of violation 9712049.  IT IS FURTHER ORDERED that the initial appearance scheduled for October 8, 2020, is VACATED.

DATED this 23rd day of September, 2020.

_____
John Johnston
United States Magistrate Judge